# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MS. BUBBLES, INC., a California corporation; ROSS STORES, INC., a Delaware corporation; BEALL'S, INC. a Florida corporation; BEALL'S OUTLET STORES, INC., a Florida Corporation; STYLES FOR LESS, INC. a California corporation; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-02622-MWF-SS<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)**<br><br>*Filed Concurrently with Stipulation for Dismissal*<br><br>Trial Date:　　　April 24, 2018 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

599843.1

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Complaint in the above captioned action shall be dismissed in its entirety with prejudice; and

2. The parties hereto shall bear their own costs and attorneys' fees.

DATED: January 23, 2018

Judge Michael W. Fitzgerald